IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

<mark>Motion GRANTED.</mark>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Filed Under Seal pursuant to** |
| *ex rel.* ) | **31 U.S.C. §3730(b)(2)** |
| ) | |
| MATTHEW TULIN ) | |
| ) | |
| Plaintiff- Relator, ) | |
| ) | **Civil Action No.**   3:14-1295 |
| ) | |
| v. ) | |
| ) | |
| TENET HEALTHCARE CORPORATION; ) | |
| VALLEY BAPTIST HEALTH SYSTEM; ) | **PLAINTIFF-RELATOR'S** |
| VANGUARD HEALTH SYSTEMS; ) | **MOTION AND PROPOSED** |
| VHS VALLEY MANAGEMENT ) | **ORDER TO FILE ALL** |
| COMPANY, INC.; VHS BROWNSVILLE ) | **CASE MATTERS UNDER SEAL** |
| HOSPITAL COMPANY, LLC; VHS ) | |
| HARLINGEN HOSPITAL COMPANY, ) | |
| LLC; DR. RICK BASSETT; and ) | |
| JOHN DOES #1-100, FICTITIOUS NAMES, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF- RELATOR'S MOTION TO FILE ALL CASE MATTERS
UNDER SEAL PURSUANT TO THE FEDERAL FALSE CLAIMS ACT
AND THE TEXAS TAXPAYER PROTECTION FALSE CLAIMS ACT**

Plaintiff-Relator Matthew Tulin, by and through the undersigned, today filed a complaint

alleging violations of the Federal False Claims Act, 28 U.S.C. §§ 1331 and 1345 and 31 U.S.C.

§§ 3730 and 3732 and the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code Ann.

§ 36.001 *et seq.* Plaintiff-Relator moves this Court for an Order protecting the confidentiality of

the filings and existence of this False Claims Act *qui tam* case from disclosure to the public and

the Defendants pursuant to the federal False Claims Act at 31 U.S.C. § 3730(b)(2) and the Texas

Medicaid Fraud Prevention Act, Tex. Hum. Res. Code Ann. § 36.001 *et seq.* This motion is filed

pursuant to directions given to Plaintiff-Relator's Counsel by the Clerk's Office for this Court.