IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ex rel. ) <br> ) <br> MATTHEW TULIN ) <br> ) <br> Plaintiff- Relator, ) <br> ) <br> v. ) <br> ) <br> TENET HEALTHCARE CORPORATION; ) <br> VALLEY BAPTIST HEALTH SYSTEM; ) <br> VANGUARD HEALTH SYSTEMS; ) <br> VHS VALLEY MANAGEMENT ) <br> COMPANY, INC.; VHS BROWNSVILLE ) <br> HOSPITAL COMPANY, LLC; VHS ) <br> HARLINGEN HOSPITAL COMPANY, ) <br> LLC; DR. RICK BASSETT; and ) <br> JOHN DOES #1-100, FICTITIOUS NAMES, ) <br> ) <br> Defendants. ) | **Filed Under Seal pursuant to** <br> **31 U.S.C. §3730(b)(2)** <br><br><br><br> **Civil Action No.**    3:14-1295 |

## PROTECTIVE ODER FOR FILINGS IN CAMERA AND UNDER SEAL

This case shall be filed *in camera* and shall remain under seal pursuant to 31 U.S.C. § 3730(b)(2) and the Texas Medicaid Fraud Prevention Act, Tex. Hum. Res. Code Ann. § 36.001 *et seq*. No documents, pleadings, or other materials in this case shall be provided to or served on Defendant until the Court so orders.

Under no circumstances shall the names of the parties or the filing and existence of the lawsuit be publicly disclosed or otherwise disclosed to Defendants, in any manner, including through the Court's electronic filing system "ECF" and/or any other case tracking or publishing system maintained by the Court for public viewing while this Order remains in effect.

IT IS SO ORDERED.

__6/17/14__
Date

_____
United States District Court Judge