UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) | |
| ) | |
| MATTHEW TULIN, ) | FILED UNDER SEAL |
| ) | |
| Plaintiff, ) | Civil Action No.: 3:14-cv-1295 |
| ) | |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| TENET HEALTHCARE CORPORATION; et.al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Relator's Motion for Voluntary Dismissal of this action, the Court herby grants his Motion. The above-action is dismissed without prejudice to Relator Matthew Tulin [Estate of Matthew Tulin] or the United States of America.

IT IS SO ORDERED, this 15th day of January, 2016.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE