IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> MATTHEW TULIN, ) <br> ) <br> Plaintiff-Relator, ) <br> ) <br> v. ) <br> ) <br> TENET HEALTHCARE CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL CASE NO. 3:14-cv-01295 <br> JUDGE TRAUGER <br> <br> **UNDER SEAL** <br> <br> JURY TRIAL DEMANDED |

## *EX PARTE* MOTION FOR AN ORDER UNSEALING THIS ACTION

Pursuant to the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* (the "FCA"), the United States moves for an Order unsealing all filings in the above-captioned action, except those that discuss the content and extent of the United States' investigation. The United States contacted counsel for Relator to attempt to obtain his consent to this motion. Counsel for Relator advised that Relator is now deceased.

On January 15, 2016, the Court granted Relator's Voluntary Dismissal without prejudice to Relator and the United States in this action. (ECF No. 36.) However, the action has remained under seal.

For this reason, the United States now moves for an order unsealing all pleadings in the above-captioned action, except for its memoranda in support of the motions for an extension of time to consider whether to intervene and for a partial seal lift, which discuss the content and extent of the investigation of the United States (ECF Nos. 16, 19, 23 and 26). These memoranda contain information provided by law to the Court alone for the purpose of evaluating whether the time for

making a decision as to intervention be extended and/or the seal should be lifted, and the existence of the action not be made public.

A proposed order accompanies this notice.

        Respectfully submitted,

        MARK H. WILDASIN
        UNITED STATES ATTORNEY
        MIDDLE DISTRICT OF TENNESSEE

By:    s/Kara F. Sweet
        KARA F. SWEET
        Assistant U.S. Attorney
        110 9th Avenue South, Suite A-961
        Nashville, Tennessee 37203-3870
        (615) 736-5151
        Email: kara.sweet@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, a copy of the foregoing was filed by e-mail with the Clerk's Office per instruction of the Court. A service copy was served via First Class U.S. Mail, postage prepaid, and/or via email on the following:

Benjamin A. Gastel, Esq.
James Gerard Stranch, IV, Esq.
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Email: beng@branstetterlaw.com
Email: gerards@bsjfirm.com

Traci L. Buschner, Esq.
Reuben Guttman, Esq.
GUTTMAN, BUSCHNER & BROOKS PLLC
Embassy Row District
1509 22nd Street, NW
Washington, DC 20037
Email: rguttman@gbblegal.com
Email: tbuschner@gbblegal.com

Robert Sherlock, Esq.
EISENBERG GILCHRIST & CUTT
215 South State Street, Suite 900
Salt Lake City, UT 84111
Email: rsherlock@egclegal.com

*Counsel for Relator*


Because this action is under seal pursuant to 31 U.S.C. §§ 3729-3733, as amended, Defendants have not been served with copies of the foregoing.

By: s/ Kara F. Sweet<br>KARA F. SWEET